**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7156**

---

In Re: JIMMY LEE WILLIAMS,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.
(CR-96-41-F, CA-99-58-F)

---

Submitted:  September 14, 2000      Decided:  September 21, 2000

---

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Petition dismissed by unpublished per curiam opinion.

---

Jimmy Lee Williams, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy Lee Williams petitions this court for a writ of mandamus directing the district court to act upon his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000). The district court entered a final order on August 29, 2000, denying relief on Williams' motion. Therefore, the petition for mandamus is moot. Accordingly, while we grant Williams leave to proceed in forma pauperis, we dismiss the mandamus petition without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DISMISSED WITHOUT PREJUDICE</u>